Louis Goldberg, appellee, v. Chicago Association of Credit Men, appellant. Gen. No. 34,419.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed December 1, 1930. Rehearing denied December 15, 1930.

Silber, Isaacs, Silber & Woley, for appellant; Clarence J. Silber and Herbert W. Hirsh, of counsel. C. Helmer Johnson and Reuben Freedman, for appellee; Abraham Miller, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Susanna Tatter and Gustav Tatter, appellants, v. Basil Maxant, appellee. Gen. No. 34,448.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed December 1, 1930.

H. M. Phipps, for appellants. Huff & Cook, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Rose Chimpoulis et al., defendants in error, v. James H. Hooper, plaintiff in error. Gen. No. 34,034.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed December 1, 1930.

James H. Hooper, *pro se*. Pines, Morse & Stein, for defendants in error; Philip Appel, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Samuel J. Andalman, plaintiff in error. Gen. No. 34,204.

Heard in the first division of this court for the first district at the April term, 1930. Matchett, P. J., dissents. Opinion filed December 1, 1930. Rehearing denied December 15, 1930.

Cameron Latter and Ossian Cameron, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.